UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CASE SUMMARY

**ORIGINAL** — FILED 2009 APR -9 PM 1:56 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES

Case Number **CR 09-230(A)-SVW**  Defendant Number **13**
U.S.A. v. **Gabriel Perez**  Year of Birth **1985**
☑ Indictment   ☐ Information   Investigative agency (FBI, DEA, etc.) **DEA**

NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A".

**OFFENSE/VENUE**

a. Offense charged as a:
   ☐ Misdemeanor   ☐ Minor Offense   ☑ Felony
   ☐ Petty Offense   ☐ Class B Misdemeanor
b. Date of offense **up to March 12, 2009**
c. County in which first offense occurred
   **Los Angeles**
d. The crimes charged are alleged to have been committed in:
   CHECK ALL THAT APPLY
   ☑ Los Angeles       ☐ Ventura
   ☐ Orange            ☑ Santa Barbara
   ☐ Riverside         ☐ San Luis Obispo
   ☐ San Bernardino    ☐ Other _____
Citation of offense **21 U.S.C. §§ 846, 841**

**RELATED CASE**

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?   ☑ No   ☐ Yes
   IF YES  Case Number _____

Pursuant to Section 11 of General Order 08-05, criminal cases may be related if a previously filed indictment or information and the present case:
a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or
b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by difference judges.
Related case(s), if any: **MUST MATCH NOTICE OF RELATED CASE** _____

**PREVIOUSLY FILED COMPLAINT**

A complaint was previously filed on: _____
   Case Number _____
   Charging _____

The complaint:   ☐ is still pending
   ☐ was dismissed on: _____

**COMPLEX CASE**

Are there 8 or more defendants in the Indictment/Information?
   ☑ Yes*   ☐ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
   ☑ Yes*   ☐ No

*AN ORIGINAL AND 3 COPIES (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

**Superseding Indictment/Information**

IS THIS A NEW DEFENDANT ?   ☐ Yes   ☑ No

This is the **1st** superseding charge, i.e. 1st, 2nd.
The superseding case was previously filed on:
**March 12, 2009**
Case Number **CR 09-230-SVW**

The superseded case:
☑ is still pending before Judge/Magistrate Judge **Wilson**
☐ was previously dismissed on _____

Are there 8 or more defendants in the superseding case?
   ☑ Yes*   ☐ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
   ☑ Yes*   ☐ No

Was a Notice of Complex Case filed on the Indictment or Information?
   ☑ Yes   ☐ No

*AN ORIGINAL AND 3 COPIES OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

Is an interpreter required:   ☑ Yes   ☐ No
IF YES, list language and/or dialect:
**Spanish**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CASE SUMMARY

**OTHER**
- ☑ Male                    ☐ Female
- ☐ U.S. Citizen            ☑ Alien
- Alias Name(s) Javier, Gabriel Cruz, Sele

This defendant is charged in:   ☐ All counts
☑ Only counts: 1

☐ This defendant is designated as "High Risk" per 18 USC 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC 3166(b)(7).

Is defendant a juvenile?       ☐ Yes   ☑ No
IF YES, should matter be sealed?   ☐ Yes   ☐ No

The area of substantive law that will be involved in this case includes:

- ☐ financial institution fraud     ☐ public corruption
- ☐ government fraud                ☐ tax offenses
- ☐ environmental issues            ☐ mail/wire fraud
- ☑ narcotics offenses              ☐ immigration offenses
- ☐ violent crimes/firearms         ☐ corporate fraud
- ☐ Other: _____

**CUSTODY STATUS**

Defendant is **not** in custody:
a. Date and time of arrest on complaint: _____
b. Posted bond at complaint level on: _____
   in the amount of $ _____
c. PSA supervision?     ☐ Yes    ☐ No
d. Is a Fugitive        ☐ Yes    ☐ No
e. Is on bail or release from another district: _____
f. ☐ Has not been arrested but will be notified by summons to appear.
g. Warrant requested.   ☐ Yes    ☐ No

Defendant is **in** custody:
a. Place of incarceration:   ☑ State      ☐ Federal
b. Name of Institution: LA County Jail
c. If Federal: U.S. Marshal's Registration Number: _____
d. ☐ Solely on this charge. Date and time of arrest: _____
e. On another conviction:    ☑ Yes    ☐ No
   IF YES ☑ State    ☐ Federal    ☐ Writ of Issue
f. Awaiting trial on other charges:   ☐ Yes    ☐ No
   IF YES ☐ State   ☐ Federal    AND
   Name of Court: _____

Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.CrP. ___ 20  ___ 21  ___ 40

**EXCLUDABLE TIME**
Determinations as to excludable time prior to filing indictment/information EXPLAIN: _____

Date 4-6-09

*Signature of Assistant U.S. Attorney*

Ariel A. Neuman
*Print Name*